UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALYCE ALSTON,

                              Plaintiff,                            **ORDER**

                          -against-                              18-CV-4999 (JBW)

ANGELA ALEXANDER,

                              Defendant**.**
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

       The parties to this action have informed this Court that they have accepted its settlement proposal. As discussed with the parties at the settlement conference, they will promptly file a stipulation appointing Natasha Bushe-Joseph as guardian *ad litem* for her mother, defendant Angela Alexander. If the parties file and execute a consent form pursuant to 28 U.S.C. § 636, then this Court will schedule a telephone conference to conduct a review of the final settlement terms, pursuant to Local Civil Rule 83.2, which governs the settlement of claims by or on behalf of incompetents. If the parties choose to proceed before the undersigned, they must submit to the Court the final settlement agreement by **March 20, 2019**. Alternatively, papers sufficient to enable the District Court to assess the fairness and reasonableness of the settlement shall be filed by **March 27, 2019**.

       SO ORDERED.

Dated: Brooklyn, New York
       February 25, 2019

                                                  *Roanne L. Mann*
                                       ROANNE L. MANN
                                       CHIEF UNITED STATES MAGISTRATE JUDGE